Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROGER A. GRANILLO<br><br>                    Defendant. | No.  6:15-MJ-0028-MJS<br><br>**MOTION TO VACATE; AND ORDER THEREON** |

     The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for March 7, 2017.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on April 5, 2016.

  .

     Dated:  March 4, 2017                              NATIONAL PARK SERVICE


                                                         /S/ Susan St. Vincent_____
                                                        Susan St. Vincent
                                                        Legal Officer

1

1
2   **ORDER**
3
4        Upon application of the United States, and good cause having been shown
5   therefor, IT IS HEREBY ORDERED that the review hearing scheduled for March 7, 2017
6   in the above referenced matter, *United States v. Granillo* 6:15-mj-0028-MJS, be vacated.
7
    IT IS SO ORDERED.
8
9        Dated:   March 6, 2017            /s/ *Michael J. Seng*
10                                         UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28